IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
(415) 457-4200
(415) 454-5294 fax

Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Carrie Suzanne Klyse,<br>Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | Case No: **3:10-cv-05070-WHA**<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

WHEREAS, Counsel of Record Ian M. Sammis, a sole practitioner, is temporarily unavailable due to illness and Robert C. Weems (CA Bar # 148156) has entered an appearance in this action for Plaintiff on behalf of Mr. Sammis to avoid prejudice to Plaintiff by reason of such temporary unavailability;

WHEREAS, counsel requires sufficient time to provide any notice(s) as may be appropriate or required by the California Rules of Professional Responsibility so that Plaintiff may proceed with this representation or seek alternate counsel due to Mr. Sammis' temporary unavailability and Mr. Weems' association; and

WHEREAS, it is appropriate under the circumstances for associating counsel to be provided with reasonable time to make such investigation as he deems necessary to satisfy his non-delegable duties to the Court. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a Thirty (30) days extension of all deadlines in this action.

SO STIPULATED AND AGREED:

For Plaintiff:
WEEMS LAW OFFICES

/S/Robert C. Weems

Robert C. Weems, Attorney for Plaintiff on behalf of Ian M. Sammis

For Defendant:
MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Lynn M. Harada
LYNN M. HARADA
Per e-mail authorization

Special Assistant United States Attorney and Attorney for the Defendant

SO ORDERED:

DATE: May 24, 2011.

William Alsup

JUDGE OF THE UNITED STATES DISTRICT COURT