IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE SUZANNE KLYSE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant.<br>                                 / | No. C 10-05070 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff's reply brief was due "within 14 days after service of defendant's opposition or counter-motion" (Dkt. No. 18). Defendant's opposition and counter-motion was filed and served on September 29, 2011 (Dkt. No. 20). Accordingly, plaintiff's reply brief was due on October 13, 2011. The deadline has passed, and no reply has been filed.

Plaintiff Carrie Suzanne Klyse is hereby ordered to file a statement showing any cause why the matter should not be deemed submitted for decision. The statement must be filed by **NOVEMBER 7, 2011**. If no statement is filed, or if good cause is not shown, then the matter will be deemed submitted and will be decided based on the filings to date.

**IT IS SO ORDERED.**

Dated: October 16, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE